UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IDEAVILLAGE PRODUCTS CORP.,<br><br>                        Plaintiff<br><br>         - against -<br><br>DONGGUAN SHIPAI LOOFAH SPONGE COMMODITY FACTORY d/b/a BATHING SHOP STORE, et al.,<br><br>                        Defendants. | **ORDER**<br><br>18 Civ. 901 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

        The majority of Defendants in this action have not responded to the Complaint or otherwise appeared, and there has been no activity on the docket since February 21, 2020.  Accordingly, by **December 31, 2020**, Plaintiff will move for a default judgment against the remaining Defendants or show cause why this action should not be dismissed for failure to prosecute.  Any application for a default judgment must comply with this Court's Individual Rules of Practice for Civil Cases.

Dated:  New York, New York
        December 17, 2020

SO ORDERED.

*Paul G. Gardephe*
Paul G. Gardephe
United States District Judge